Albia Maresh, Plaintiff-Appellant, v. Henry Praetz, Defendant-Appellee.

Gen. No. 10,893. (Abstract of Decision.)

Second District.

April 13, 1956.

Rehearing denied May 1, 1956.

Released for publication May 1, 1956.

Louis M. Leider, for plaintiff-appellant; Melvin B. Lewis, of counsel; Fearer & Nye, for defendant-appellee. Opinion by PRESIDING JUSTICE DOVE. Not to be published in full.